941 A.2d 1259

Kyle A. WILLIAMS, Appellant,

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS SCI–DALLAS RECORD OFFICE, Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

Feb. 7, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, upon application of Appellees, this appeal is DISMISSED as moot.